PEOPLE *v.* BOYKINS

CRIMINAL LAW—TRIAL—INSTRUCTIONS TO JURY—PREVIOUS RECORD OF
  DEFENDANT—PRESERVING QUESTION.
  Failure of the trial court to give an instruction limiting the
    jury's consideration of a reference to defendant's previous
    criminal record is not reversible error in the absence of a
    request for such an instruction or an objection to the failure
    of the trial court to give such an instruction.

Appeal from Recorder's Court of Detroit, Gerald
W. Groat, J. Submitted Division 3 June 10, 1969,
at Grand Rapids. (Docket No. 7,146.) Decided
July 28, 1969.

Larry Boykins was convicted of breaking and
entering with intent to commit larceny and larceny
in a building. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant
Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and
T. M. BURNS, JJ.

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error §§ 545, 623.

PER CURIAM. Defendant was convicted by Recorder's Court jury of breaking and entering an occupied dwelling with intent to commit larceny[1] and larceny in a building.[2]

On appeal, defendant objects to the trial court's failure to give an instruction and he questions the sufficiency of the evidence. The people have moved to affirm the conviction under GCR 1963, 817.5(3).

In the absence of a request for an instruction or an objection to the failure of the trial court to give an instruction limiting the jury's consideration of a reference to defendant's possible criminal record, the trial court was not required to give such an instruction. *People* v. *Anderson* (1968), 13 Mich App 247. The trial court record contains ample evidence to support the jury's verdict.

Motion to affirm is granted.

---

[1] CL 1948, § 750.110, as amended by PA 1964, No 133 (Stat Ann 1965 Cum Supp § 28.305).

[2] MCLA § 750.360 (Stat Ann 1954 Rev § 28.592).